UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ADAM JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>COLLECTAL ASSOCIATES, et al.,<br><br>    Defendants. | Case No. 15-cv-02223-SI<br><br>**ORDER DIRECTING PLAINTIFF TO SERVE REPORT AND RECOMMENDATION ON DEFENDANTS IN MANNER CONSISTENT WITH FRCP 5(B)**<br><br>Re: Dkt. No. 28 |

On January 29, 2016, Magistrate Judge Spero issued a Report and Recommendation (the "Report") in this case. Dkt. 31. The Report recommends granting in part and denying in part plaintiff's motion for default judgment, and recommends awarding plaintiff a total judgment of $20,895, consisting of damages of $10,700, attorneys' fees of $9,660, and costs of $535. Judge Spero also recommended that this Court require plaintiff to serve a copy of the Report on defendants in a manner consistent with Rule 5(b) of the Federal Rules of Civil Procedure. Rule 5(b) states that service may be made by leaving pleadings and other papers "at the person's office with a clerk or other person in charge or, if no one is in charge, in a conspicuous place in the office" or "if the person has no office or the office is closed, at the person's dwelling or usual place of abode with someone of suitable age and discretion who resides there." The proof of service filed by plaintiff states that plaintiff served the Report on defendants by mail. Dkt. 34.

In accordance with Judge Spero's recommendation, the Court directs plaintiff to serve a copy of the Report, along with a copy of this order, on defendants in a manner consistent with Rule 5(b). The Court will not rule on the Report until after seven days have passed from the date

that service is made on defendants pursuant to Rule 5(b).

**IT IS SO ORDERED**.

Dated: February 23, 2016

SUSAN ILLSTON
United States District Judge