1
2
3
4            UNITED STATES DISTRICT COURT
5           NORTHERN DISTRICT OF CALIFORNIA
6
7   CHARLES ADAM JONES,                    Case No.  15-cv-02223-SI
            Plaintiff,
8
        v.                                 ORDER ADOPTING REPORT AND
9                                          RECOMMENDATION REGARDING
    COLLECTAL ASSOCIATES, *et al*.,        MOTION FOR DEFAULT JUDGMENT
10
            Defendants.                    Re: Dkt. Nos. 28, 31
11
12

13      On January 29, 2016, Magistrate Judge Spero issued a report and recommendation (the

14  "Report") in this case.  Dkt. 31.  The Report recommends granting in part and denying in part

15  plaintiff's motion for default judgment, and recommends awarding plaintiff a total judgment of

16  $20,895, consisting of damages of $10,700, attorneys' fees of $9,660, and costs of $535.  Although

17  defendants were served with the complaint and summons, Dkts. 11-13, defendants failed to

18  answer or otherwise respond.  After the Clerk of the Court entered default, plaintiff moved for

19  default judgment.  Dkt. 28.  Defendants did not file any response to the motion.

20      Judge Spero also recommended that this Court require plaintiff to serve a copy of the

21  Report on defendants in a manner consistent with Rule 5(b) of the Federal Rules of Civil

22  Procedure.  Rule 5(b) states that service may be made by leaving pleadings and other papers "at

23  the person's office with a clerk or other person in charge or, if no one is in charge, in a

24  conspicuous place in the office" or "if the person has no office or the office is closed, at the

25  person's dwelling or usual place of abode with someone of suitable age and discretion who resides

26  there."

27      On February 9, 2016, plaintiff filed a proof of service stating that plaintiff served the

28  Report on defendants by mail on February 8, 2016.  Dkt. 34.  In an order filed February 23, 2016,

United States District Court
Northern District of California

the Court directed plaintiff to serve a copy of the Report on defendants in a manner consistent with Federal Rule of Federal Procedure 5(b).  Dkt. 35.  The February 23, 2016 order stated that the Court would take no action on the Report until after seven days had passed from the date that service was made on defendants pursuant to Rule 5(b).  On March 8, 2016, plaintiff filed a certificate of service stating that on February 26, 2016, a process server left a copy of the Report at defendants' office with an individual at the front desk named "Owen."  Dkt. 36.

The Report issued on January 29, 2016.  Dkt. 31.  Pursuant to 28 U.S.C. § 636(b)(1), the parties had fourteen days from service of the Report to file written objections.  *See also* Fed. R. Civ. P. 72(b).  No party filed objections to the Report by the appropriate deadline, nor have defendants taken any action in this case since service of the Report on February 26, 2016.

The Court has reviewed the Report and the docket in this case. The Court agrees with Judge Spero's analysis, and accordingly, the Court ADOPTS the Report and Recommendation and GRANTS IN PART and DENIES IN PART plaintiff's motion for default judgment. The Court awards plaintiff $418,094.47 in compensatory damages and $848.78 in costs.

This order resolves Docket Nos. 28 and 31.


**IT IS SO ORDERED**.


Dated: March 8, 2016

_____
SUSAN ILLSTON
United States District Judge