United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES ADAM JONES,

Plaintiff,

v.

COLLECTAL ASSOCIATES, *et al*.,

Defendants.

Case No.  15-cv-02223-SI

**JUDGMENT**

Judgment is hereby entered in favor of plaintiff and against defendants in the amount of $20,895.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 8, 2016

SUSAN ILLSTON
United States District Judge