UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ADAM JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>COLLECTAL ASSOCIATES, *et al.*,<br><br>    Defendants. | Case No. 15-cv-02223-SI<br><br>**ORDER AMENDING ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 37 |

This order amends this Court's March 8, 2016 Order Adopting Report and Recommendation Regarding Motion for Default Judgment as follows: at page 2, line 15, the correct amount of damages, as reflected in the judgment, is $20,895.

**IT IS SO ORDERED**.

Dated: March 22, 2016

                                                                                   SUSAN ILLSTON<br>
                                                                                  United States District Judge